UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES CONERLY and MARILYN TILLMAN CONERLY, | No. 2:19-cv-1113-TLN-EFB PS |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| VERACITY RESEARCH COMPANY and KRISTY TORAIN, | |
| Defendants. | |

Plaintiffs, proceeding pro se, have filed a complaint and paid the required filing fee.[1] They also filed a document requesting the court expedite the case "in order to mitigate injuries and damages that are on-going" and to ensure that defendant Kristy Torain is served before she leaves the State of California. ECF No. 2.

Plaintiffs, however, do not explain how they will be further injured if the case is not expedited. Furthermore, plaintiffs do not need an order to expedite the case before they may serve process on Torain. Indeed, they are required to complete service within the time required by Federal Rule of Civil Procedure 4(m). Fed. R. Civ. P. 4(c)(1) ("The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service).

---

[1] This case was referred to the undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

Accordingly, it is hereby ORDERED that plaintiffs' request to expedite this case (ECF No. 2) is denied.

DATED: July 29, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE